IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NUMBER:  2:08mj21-WC |
| | ) | |
| NICHOLAS AUGUSTINE GASPAR | ) | |

## MOTION TO SEAL

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and respectfully moves the Court to seal the Complaint,

Affidavit in Support of the Complaint, and Arrest Warrant in the instant case because the

investigation in this case is ongoing.

The United States requests that this Motion be sealed.

Respectfully submitted this 28th day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

Kent B. Brunson
Assistant United States Attorney