IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NUMBER: 2:08mj21-WC |
| | ) | |
| NICHOLAS AUGUSTINE GASPAR | ) | |

O R D E R

For good cause shown it is hereby ORDERED, ADJUDGED, and DECREED that the Complaint, Affidavit in Support of the Complaint, and Arrest Warrant be sealed until further order of the Court.

DONE this the 28 day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE