IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NUMBER: 2:08mj21-WC |
| | ) |
| NICHOLAS AUGUSTINE GASPAR | ) |

### MOTION TO UNSEAL COMPLAINT
### AND AFFIDAVIT IN SUPPORT OF COMPLAINT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court to unseal the Complaint and Affidavit in Support of the Complaint, as the United States is now ready to proceed with the prosecution of this case.

Respectfully submitted this 18th day of April, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Nathan D. Stump
Assistant United States Attorney