```
        IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

UNITED STATES OF AMERICA        )
                                )
    v.                            )   CASE NUMBER: 2:08mj21-WC
                                )
NICHOLAS AUGUSTINE GASPAR       )

<u>ORDER UNSEALING COMPLAINT</u>
<u>AND AFFIDAVIT IN SUPPORT OF COMPLAINT</u>

On Motion of the United States Attorney and for good cause shown, it is hereby ORDERED that the Complaint and Affidavit in Support of the Complaint, is hereby unsealed.

DONE this 18th day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE